IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOSE G. DE LA GARZA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-3283-L-BN** |
| | § | |
| **VA MED HOSPITAL,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

This case was referred to Magistrate Judge David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 2, 2014, recommending that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. No objections were filed to the Report.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute and follow court orders.

**It is so ordered** this 21st day of January, 2014.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order –Solo page**