IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOSE G. DE LA GARZA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-3283-L-BN** |
| | § | |
| **VA MED HOSPITAL,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

This judgment is issued pursuant to the court's order, dated January 21, 2014.  It is therefore ORDERED, ADJUDGED, and DECREED that this action is **dismissed without prejudice**.  It is further ORDERED that the clerk of this court shall transmit a copy of this judgment and a copy of the order dated January 21, 2014, accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to Plaintiff.

**Signed** this 21st day of January, 2014.

Sam A. Lindsay
United States District Judge

**Judgment - Solo Page**